**NOT FOR PUBLICATION**

SEP 21 2011

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| HILARIO SALVADOR PADILLA, | No. 08-73075 |
| Petitioner, | Agency No. A070-762-456 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 14, 2011**
San Francisco, California

Before: PAEZ, BERZON, and BEA, Circuit Judges.

Pursuant to this court's decision in *Ruben Reyes-Torres v. Holder*, 645 F.3d 1073 (9th Cir. 2011), the order of the Board of Immigration Appeals is vacated and the case is remanded to the Board for proceedings consistent with that opinion.

**REMANDED.**

---

\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).